UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTINA RIAL,

        Plaintiff,

v.                                      Case No. 5:19-cv-413-OC-34PRL

J. TRUEBA, et al.,

        Defendants.

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Christina Rial, an inmate of the Florida penal system, initiated this action on August 26, 2019, by filing a pro se Civil Rights Complaint Form (Complaint; Doc. 1). In the Complaint, she names over sixty Defendants and asserts that they mistreated her while she was housed in solitary confinement at Lowell Correctional Institution (LCI) in Ocala, Florida. Notably, she states that there are no injuries resulting from the alleged injustices. See Complaint at 5. As relief, she requests monetary damages and a release from incarceration.

The Court takes judicial notice of Rial's other civil rights case that is pending in this Court (Case No. 5:19-cv-346-OC-40PRL). In that case, Rial asserts similar claims (relating to alleged mistreatment while housed in LCI's solitary confinement) against some of the same Defendants. Rial may pursue her civil rights claims in Case No. 5:19-cv-346-OC-40PRL or initiate a new civil rights case to pursue any unrelated claims. Insofar as Rial challenges the fact or duration of her confinement, those claims

should be raised in a separate habeas corpus petition pursuant to 28 U.S.C. § 2254. Therefore, the Court will direct the Clerk to send Rial the proper forms for her use if she chooses to refile either or both claims. The filing fee for a habeas corpus case is $5.00, while the filing fee for a civil rights action is $400.00. Rial may file an Affidavit of Indigency if she does not have adequate funds to pay the full filing fee.

In light of the foregoing, this case will be dismissed without prejudice to Rial's right to initiate a habeas case to challenge the legalities of her incarceration and/or the fact or duration of her detention and/or pursue related claims in Case No. 5:19-cv-346-OC-40PRL and/or properly initiate a civil rights case and address any allegedly unconstitutional actions on the part of prison officers, and seek monetary damages, if she elects to do so.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile on the proper forms.

2. The Clerk of Court shall enter judgment dismissing this case without prejudice, terminating any pending motions, and closing the case.

3. The Clerk shall send a civil rights complaint form, a habeas corpus petition form, and two Affidavit of Indigency forms to Plaintiff. If she elects to refile her claims, she may complete

and submit the proper forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile her claims. In initiating such a case, Plaintiff should either file a fully completed Affidavit of Indigency (if she desires to proceed as a pauper) **or** pay the proper filing fee (if she does not desire to proceed as a pauper).

**DONE AND ORDERED** in Chambers, this 30th day of August, 2019.

MARCIA MORALES HOWARD
United States District Judge

sc 8/28
c:
Christina Rial, FDOC #M28679